IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DURRAN DEMONT LONG,                )
     Petitioner,          )
           )
     v.                   )
           )
DAVID A. VARANO, Superintendent of    )    Civil Action No. 13-735
State Correctional Institute of Coal      )
Township, and ANTHONY J. BEROSH,     )
District Attorney Beaver County,          )
Pennsylvania,                         )
     Respondents.         )

O R D E R

 In a Report and Recommendation [ECF No. 13] filed on September 18, 2013, it was recommended that petitioner's habeas corpus petition be dismissed and that a certificate of appealability be denied.  Petitioner was served with a copy of the Report and Recommendation and was granted until October 7, 2013 to file objections to the Report and Recommendation and timely filed objections thereto.

 After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and pleadings thereto, the following order is entered:

 AND NOW this 21st day of October, 2013,

 IT IS HEREBY ORDERED that petitioner's habeas corpus petition is DISMISSED, and a certificate of appealability is DENIED.

 IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Robert C. Mitchell is hereby adopted as the Opinion of the District Court.

           s/Nora Barry Fischer
           Nora Barry Fischer
           United States District Judge

cc: all counsel of record via CM/ECF